IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| GLOBAL INHERITANCE, INC. )<br>*a California public benefit corporation* )<br>)<br>Plaintiff, )<br>v. )<br>)<br>GLOBAL INHERITANCE, INC., )<br>*a Virginia corporation* )<br>Defendants. )<br>_____ ) | Civil Action No.: 1:22-cv-00353 (AJT/JFA) |

**ORDER**

This matter is before the Court on the Report and Recommendation, [Doc. No. 25], of Magistrate Judge Anderson recommending that default judgment be entered against Defendant Global Inheritance, Inc. (Virginia). The Magistrate Judge also advised that objections to the Report and Recommendation must be filed within fourteen (14) days of service and that failure to object waives appellate review. To date, no objections have been filed. The Court has conducted a *de novo* review of the evidence in this case and adopts and incorporates the findings and recommendations of the Magistrate Judge in their entirety. For the reasons articulated by Magistrate Judge Anderson, the Court also finds it appropriate to enter a permanent injunction against the Defendant. Accordingly, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation, [Doc. No. 25], be, and the same hereby is, **ADOPTED**; and it is further

**ORDERED** that default judgment be, and the same hereby is, **ENTERED** against Defendant Global Inheritance, Inc. (Virginia) and in favor of Plaintiff Global Inheritance, Inc. (California) as to Counts I, II, and III of the Complaint; and it is further

**ORDERED** that Plaintiff Global Inheritance Inc.'s Motion for Default Judgment, [Doc. No. 16], be, and the same hereby is, **GRANTED;** and it is further

**ORDERED** that Defendant Global Inheritance, Inc. (Virginia), and its officers, agents, servants, employees, attorneys and other persons who are in active concert or participation with any of them (collectively "the Defendant"), be, and the same hereby are, **PERMANENTLY RESTRAINED AND ENJOINED** from advertising, marketing or promoting any services under the "GLOBAL INHERITANCE" mark, or any mark confusingly similar to the "GLOBAL INHERITANCE" mark, including any other phrase, term or logo that is likely to cause confusion with Plaintiff or its "GLOBAL INHERITANCE" mark; and it is further .

And, it is further **ORDERED** that the Defendant be, and the same hereby is, **PERMANENTLY RESTRAINED AND ENJOINED** from using in commerce or facilitating the use in commerce of the "GLOBAL INHERITANCE" mark, or any other phrase, term, mark, trade name, logo, or design that falsely represents that, or is likely to confuse, mislead, or deceive purchasers, Plaintiff's customers, or members of the public to believe that services advertised, marketed, promoted by Defendant Global Inheritance, Inc. (Virginia), originate from Plaintiff, or that such services have been sponsored, approved, or licensed by or associated with Plaintiff, or are in some way connected to or affiliated with Plaintiff, including without limitation any mark that incorporates the term "GLOBAL INHERITANCE."

The Clerk is directed to enter judgment pursuant to Fed. R. Civ. P 58 in accordance with this Order and forward copies of this Order to all counsel of record.

.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
December 19, 2022